

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2020

No. 04-20-00537-CV

**IN RE** Phillip **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

On November 5, 2020, relator filed a pro se petition for writ of mandamus. After considering the petition, which was filed without a record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 25, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-12089, styled *Philip Rodriguez v. H.E.B. Grocery Store, L.P., et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.